

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00059-CV

## IN THE INTEREST OF J.G.W., A CHILD

**From the 414th District Court**
**McLennan County, Texas**
**Trial Court No. 2016-3037-5**

## MEMORANDUM OPINION

Appellant, KW, appeals from a final order that was signed on November 19, 2020. KW timely filed a motion for new trial; therefore, her notice of appeal must have been filed within ninety days after the final order was signed, *i.e.*, by February 22, 2021. *See* TEX. R. APP. P. 26.1(a). Or a motion for extension of time to file notice of appeal must have been filed within fifteen days after the deadline for filing the notice of appeal, *i.e.*, by March 9, 2021. *See* TEX. R. APP. P. 26.3. KW filed her notice of appeal and a motion for extension of time to file her notice of appeal in this matter on March 17, 2021, which was therefore untimely.

On March 24, 2021, we issued an order in this cause notifying the parties that this appeal may be dismissed within ten days of the date of the order unless a response was

filed showing grounds for continuing the appeal. KW responded by filing a "Request to Continue Appeal" in which she complains about numerous delays in the trial court, all post entry of the final order. However, KW's response does not show grounds for continuing the appeal. This appeal is therefore dismissed. *See* TEX. R. APP. P. 42.3(a).

KW's motion for extension of time to file her notice of appeal is also dismissed.


MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Neill, and
      Justice Johnson
Appeal dismissed
Opinion delivered and filed April 14, 2021
[CV06]

